UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: MIRAPEX END-PAYOR ANTITRUST LITIGATION ) ) ) ) ) THIS DOCUMENT RELATES TO: ) END-PAYOR ACTION ) | Civil Action No. : 2:09-cv-1044-GLL |

## ORDER APPOINTING INTERNATIONAL PROCESS SERVER

Pursuant to Chapter 1, Article 3 of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters developed at the Tenth Session of the Hague Conference on Private International Law on 15 November, 1965 (the "Hague Convention"), and for good cause shown, the Court hereby appoints Celeste Ingalls, and her agents, as the authority and judicial officer competent under the Jurisdiction of this Court to forward to the Central Authority in the applicable country, any and all documents to be served in this case.

IT IS SO ORDERED this 22nd day of Dec , 2009.

BY THE COURT:

_____
Hon. Gary L. Lancaster,
Chief United States District Judge