# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: MIRAPEX END-PAYOR ANTITRUST LITIGATION | ) Civil Action No. : 2:09-cv-1044-GLL <br> ) <br> ) **NOTICE OF VOLUNTARY DISMISSAL** <br> ) **WITHOUT PREJUDICE** |
| THIS DOCUMENT RELATES TO: END-PAYOR ACTION | ) <br> ) Hon. Gary L. Lancaster, <br> ) Chief Judge |

End-Payor Plaintiffs hereby voluntarily dismiss the action *In Re: Mirapex End-Payor Antitrust Litigation*, No. 2:09-cv-1044-GLL, against all defendants without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: January 29, 2010

                                            Respectfully submitted,

                                            s/ Alfred G. Yates, Jr.
Alfred G. Yates, Jr.  (PA 17419)
Gerald L. Rutledge  (PA 62027)
LAW OFFICE OF ALFRED G. YATES JR., PC
519 Alleghany Building
429 Forbes Avenue
Pittsburgh, PA 15219
Telephone: (412) 391-5164
e-mail: yateslaw@aol.com

*Liaison Counsel for End-Payor Plaintiffs*

Joseph J. Tabacco, Jr.
(jtabacco@bermandevalerio.com)
Todd Seaver (tseaver@bermandevalerio.com)
Matthew Ruan (mruan@bermandevalerio.com)
BERMAN DEVALERIO
425 California Street, Suite 2100
San Francisco, CA  94104-2205
(415) 433-3200
(415) 433-6382 (fax)

*Counsel for Plaintiff John Carver and Interim Co-Lead Counsel for End-Payor Plaintiffs*

1

Marvin A. Miller (mmiller@millerlawllc.com)
Lori A. Fanning  (lfanning@millerlawllc.com)
MILLER LAW LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603
(312) 332-3400
(312) 676-2676 (fax)

*Counsel for Plaintiff Painters District Council No. 30 Health and Welfare Fund and Interim Co-Lead Counsel for End-Payor Plaintiffs*

Joseph Burns
JACOBS, BURNS, ORLOVE, STANTON & HERNANDEZ
122 South Michigan
Suite 1720
Chicago, IL 60603
(312) 372-1646

Daniel E. Gustafson
GUSTAFSON GLUEK PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
(612) 333-8844

*Counsel for Plaintiff Painters District Council No. 30 Health and Welfare Fund*

Peter Safirstein (psafirstein@milberg.com)
Paul F. Novak (pnovak@milberg.com)
Anne Fornecker (afornecker@milberg.com)
Joseph Muzingo (jmuzingo@milberg.com)
MILBERG LLP
One Pennsylvania Plaza
New York, New York 10119
(212) 594-5300
(212) 868-1229 (fax)

*Counsel for Plaintiff Health Plan of Michigan and Interim Co-Lead Counsel for End-Payor Plaintiffs*

Vincent Esades (vesades@heinsmills.com)
Renae Steiner (RSteiner@heinsmills.com)
HEINS MILLS & OLSON, PLC

2

310 Clifton Avenue
Minneapolis, MN 55403
Telephone: (612) 338-4605
Facsimile: (612) 338-4692

*Counsel for Plaintiffs Elizabeth P. Gilmore and Vivian Branchofsky and Interim Co-Lead Counsel for End-Payor Plaintiffs*

Daniel R. Karon (karon@gsk-law.com)
GOLDMAN SCARLATO & KARON, P.C.
55 Public Square, Suite 1500
Cleveland, OH  44113
Telephone: (216) 622-1851
Facsimile: (216) 622-1852

Mary G. Kirkpatrick (mkirk@vtlawfirm.com)
KIRKPATRICK & GOLDSBOROUGH
1233 Shelburn Road, Suite E-1
South Burlington, VT 05403
Telephone: (802) 651-0960
Facsimile: (802) 651-0964

*Counsel for Plaintiffs Elizabeth P. Gilmore and Vivian Branchofsky*